IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MIDLAND FUNDING LLC,
Assignee of HSBC Bank Nevada NA,

    Plaintiff,

    v.

CHRISTOPHER WELDON,

    Defendant.

CIVIL ACTION FILE
NO. 1:11-CV-2806-TWT

## ORDER

This is a civil action arising out of a foreclosure proceeding. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending remanding this case to the Magistrate Court of Forsyth County, Georgia. This Court lacks subject matter jurisdiction. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Forsyth County, Georgia.

SO ORDERED, this 12 day of January, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Midland Funding LLC\remand..wpd